IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 FEB 27  PM 12: 09

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| COREY GRIER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES DONALDSON, HUGH SMITH,<br>STEVE ROBERTS, JUANITA WILLIAMS,<br>PORCHER CHOICE, OLAN STRICKLAND,<br>DAVID RAMSEY, LAWRENCE HARPER,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CV 605-151<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed *in forma pauperis* is **DENIED** (doc. no. 2) and this action is **DISMISSED** without prejudice

SO ORDERED this 27 day of February, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT